A.V. BY VERSACE, INC.,
Plaintiff–Appellee,

v.

GIANNI VERSACE, S.P.A., Defendant,

and

Alfredo Versace, Defendant–Appellant.

Gianni Versace, S.P.A.,
Plaintiff–Appellee,

v.

Alfredo Versace, Defendant–Appellant,

and

Foldom International (U.S.A.),
Inc., Defendant.

No. 03–1038.

United States Court of Appeals,
Federal Circuit.

Jan. 27, 2003.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

In re MARTIN CONTAINER, INC.

No. 03–1152.

United States Court of Appeals,
Federal Circuit.

Jan. 29, 2003.

ON MOTION

*ORDER*

Martin Container, Inc. responds to the court's January 13, 2003 order directing it to show cause why its appeal should not be dismissed as untimely and moves without opposition to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.